# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PAMELA ARNOLD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-15-0183-F |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

Plaintiff brings this action pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of the Social Security Administration denying plaintiff's applications for disability insurance benefits under Title II of the Social Security Act (42 U.S.C. §§ 401-434), and for supplemental security income under Title XVI of the Social Security Act (42 U.S.C. §§ 1381-1383f). The Report and Recommendation of Magistrate Judge Charles B. Goodwin recommends affirming the decision of the Commissioner denying benefits. Doc. no. 20 (the Report). Plaintiff has filed objections to the Report. Doc. no. 21. A reply brief was filed by the Commissioner. Doc. no. 22.

Plaintiff states two objections. First, plaintiff objects to the Report's determination that the administrative law judge's error at step three (regarding whether plaintiff met or medically equaled a listed impairment) was harmless error. Second, plaintiff objects to the Report's conclusion that the administrative law judge's residual functional capacity determination was supported by substantial evidence. All

objections are reviewed *de novo*. *See*, 28 U.S.C. § 636(b)(1) (court makes a *de novo* determination of those portions of the report to which objection is made).

Having carefully considered the issues, the court finds and concludes that it agrees with the Magistrate Judge's analysis and conclusions. The Report adequately covers the subject matter of plaintiff's objections, and no purpose would be served by setting out further analysis here. The Report and Recommendation of Magistrate Judge Goodwin is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The decision of the Acting Commissioner of the Social Security Administration denying benefits is **AFFIRMED**.

Dated this 31st day of May, 2016.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

15-0183p002.wpd